2:25pm

ORIGINAL

RECEIVED
AUG 17 2007
OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

**FORM 2**
**COVER SHEET**

# In The United States Court of Federal Claims

Cover Sheet

07-612 C

Plaintiff(s) or Petitioner(s)

CWT/Alexander Travel, LTD; CWT/El Sol Travel, Inc.

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record (See RCFC 83.1(c)): Lars E. Anderson

Firm Name: Venable LLP

Post Office Box: ______________________

Street Address: 8010 Towers Crescent Drive, Suite 300

City-State-Zip: Vienna, Virginia 22182

Telephone & Facsimile Numbers: Telephone: (703) 760-1600; Facsimile (703) 821-8949

Is the attorney of record admitted to the Court of Federal Claims Bar? ☒ Yes ☐ No

Does the attorney of record have a Court of Federal Claims ECF account? ☒ Yes ☐ No
If not admitted to the court or enrolled in the court's ECF system, please call (202) 357-6402 for admission papers and/or enrollment instructions.

Nature of Suit Code: 140
Select only one (three digit) nature-of-suit code from the attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.

Agency Identification Code: ARM
See attached sheet for three-digit codes.

Amount Claimed: $Attorneys' Fees
Use estimate if specific amount is not pleaded.

Disclosure Statement:
Is a RCFC 7.1 Disclosure Statement required? ☒ Yes ☐ No
If yes, please note that two copies are necessary.

Bid Protest:
Indicate approximate dollar amount of procurement at issue: $20,000,000
Is plaintiff a small business? ☒ Yes ☐ No

Vaccine Case:
Date of Vaccination: ______________________

Related Cases:
Is this case directly related to any pending or previous case? ☒ Yes ☐ No