ORIGINAL

FILED
AUG 17 2007
U.S. COURT OF FEDERAL CLAIMS

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

CWT/ALEXANDER TRAVEL, LTD,

and

CWT/EL SOL TRAVEL, INC.,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

Case No. 07-612 C

## RULE 7.1 DISCLOSURE STATEMENT

Plaintiff, CWT/Alexander Travel, LTD, established in Illinois, has no parent corporation, and there is no publicly-held corporation that owns 10% or more of its stock.

Plaintiff, CWT/El Sol Travel, Inc., established in Arizona, has no parent corporation, and there is no publicly-held corporation that owns 10% or more of its stock.

Dated: August 17, 2007

Respectfully submitted,

Lars E. Anderson
Peter A. Riesen
Keir X. Bancroft
Patrick R. Quigley
**VENABLE LLP**

*Counsel to Protesters*
*Alexander Travel and El Sol*