IN THE UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST

| | | |
|---|---|---|
| CWT/ALEXANDER TRAVEL, LTD<br><br>and<br><br>CWT/EL SOL TRAVEL, INC.,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | No. 07-612<br>Judge Nancy Firestone |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Melinda Hart, as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

Melinda Hart,
Commercial Litigation Branch
Civil Division
United States Department of Justice
Washington, D.C. 20530

Attention: Classification Unit
8th Floor 1100 L Street, N.W.
Washington, DC 20530

s/ Melinda Hart
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Tele:(202) 305-3311
Fax: (202) 514-8640

August 17, 2007

CERTIFICATE OF SERVICE

I hereby certify, under penalty of perjury, that on this 17th day of August, 2007, I caused to be placed in the United States mail (first class mail, postage prepaid) a copy of the foregoing “NOTICE OF APPEARANCE” was filed.

Lars E. Anderson
VENABLE LLP
8010 Towers Crescent Drive, Suite 300
Vienna, Virginia 22182

s/Melinda Hart