# In the United States Court of Federal Claims

**No. 07-612C**
**(Filed: August 20, 2007)**

* * * * * * * * * * * * * * * * *
**CWT/ALEXANDER TRAVEL, LTD,** *

**and** *

**CWT/EL SOL TRAVEL, INC.,** *

**Plaintiffs,** *

**v.** *

**THE UNITED STATES,** *

**Defendant.** *
* * * * * * * * * * * * * * * * *

**ORDER ON MOTION**

The defendant's motion made during the August 20, 2007 status conference for a protective order is **GRANTED**.

**IT IS SO ORDERED.**

**s/Nancy B. Firestone**
NANCY B. FIRESTONE
Judge