# In the United States Court of Federal Claims

**No. 07-612C**
**(Filed: August 20, 2007)**

* * * * * * * * * * * * * * * * *

**CWT/ALEXANDER TRAVEL, LTD,**

**and**

**CWT/EL SOL TRAVEL, INC.,**

**Plaintiffs,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * *

**ORDER**

Based on discussions during the August 20, 2007 status conference the expedited briefing schedule is as follows:

| | |
|---|---|
| **August 29, 2007** | Defendant shall file the Administrative Record. |
| **August 31, 2007** | Plaintiffs' motion to supplement the Administrative Record. |
| **Sept. 5 2007** | Defendant's response to plaintiffs' motion to supplement. The court will resolve any issue(s) with the Administrative Record by September 7, 2007. |
| **Sept. 11, 2007** | Plaintiffs' opening brief. |

**Sept. 20, 2007** Defendant's response to plaintiffs' brief.

**Sept. 21, 2007** Plaintiffs' Reply in support of its brief (due by 5:00 pm eastern time).

The parties shall provide the court with a courtesy copy of their briefs in **non-PDF electronic format** (Wordperfect) via e-mail to the following address: "firestone_chambers@ao.uscourts.gov".

Oral Argument on the plaintiffs' motion for judgment on the administrative record shall be heard on **Monday, September 24, 2007 at 10:00 am eastern time** at the Howard T. Markey National Courts Building, 717 Madison Place N.W, Washington, DC 20005. Counsel for each party shall appear in person. The courtroom number will be posted in the lobby on the day of the argument.

**IT IS SO ORDERED.**

**s/Nancy B. Firestone**
NANCY B. FIRESTONE
Judge