# In the United States Court of Federal Claims

**No. 07-612C**
**(Filed: August 21, 2007)**

* * * * * * * * * * * * * * * * *

| | |
|---|---|
| **CWT/ALEXANDER TRAVEL, LTD,** | * |
| **and** | * |
| **CWT/EL SOL TRAVEL, INC.,** | * |
| **Plaintiffs,** | * |
| **v.** | * |
| **THE UNITED STATES,** | * |
| **Defendant.** | * |

* * * * * * * * * * * * * * * * *

**ORDER**

The expedited briefing schedule established by the court's August 20, 2007 order is **AMENDED** as follows:

**August 27, 2007** Defendant shall file the Administrative Record

All other deadlines established by the August 20, 2007 order shall remain the same.

**IT IS SO ORDERED**.

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge