**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

| | | |
|---|---|---|
| **CWT/ALEXANDER TRAVEL, LTD,** | ) | |
| | ) | |
| **and** | ) | |
| | ) | **No. 07-612C** |
| **CWT/EL SOL TRAVEL, INC.,** | ) | **(Judge Firestone)** |
| | ) | |
| **Plaintiffs** | ) | |
| | ) | |
| **v.** | ) | **Protected Information to be** |
| | ) | **Disclosed Only in Accordance** |
| **UNITED STATES OF AMERICA** | ) | **With U.S. Court of Federal** |
| | ) | **Claims Protective Order** |
| **Defendant.** | | |

**MOTION FOR LEAVE TO FILE ADMINISTRATIVE**
**RECORD ON CD-ROM AND TO WAIVE PAPER COPY**

Defendant, the United States, respectfully requests leave to file the administrative record utilizing a CD-ROM. This case is designated for electronic filing using the Court's CM/ECF system. The administrative record in this case will exceed the two megabyte size limitation applicable to electronic files, Rules of the United States Court of Federal Claims ("RCFC") General Order 42A ¶ 4, and the 50-page limitation requiring printed documents, RCFC General Order 42A ¶ 5. In addition, a sealed administrative record may not be filed electronically unless authorized by the Court. RCFC General Order 42A ¶ 7. Counsel for plaintiff has been contacted and will not oppose this motion.

The administrative record consists of a large number of documents. These materials can most efficiently be delivered to the Court and to the parties on a CD-ROM. This method will provide efficient and easy access to the administrative record by the parties and the Court. Filing on CD-ROM also provides the most efficient and secure method for submission of the administrative record under seal.

Because of the portability and ease of manipulation of the documents on a CD-ROM, we also respectfully request that the Court waive the requirement of RCFC General Order 42A ¶ 5 that an additional paper copy be supplied to the Court.

For these reasons, defendant respectfully requests that this motion for leave to file on CD-ROM and to waive the additional paper copy be granted.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/ Melinda D. Hart
MELINDA D. HART
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 305-3311
Fax: (202) 514-8640

Attorneys for Defendant

OF COUNSEL:
MAJOR PATRICK GARY
GREGORY MORITZ
ROBERT DUDLEY
Department of the Army
2461 Eisenhower Avenue, Room 984
Alexandria, VA 22331-1700

Dated: August 27, 2007

CERTIFICATE OF FILING

I hereby certify that on this 27th day of August, 2007, a copy of the foregoing "MOTION FOR LEAVE TO FILE ADMINISTRATIVE RECORD ON CD-ROM AND TO WAIVE PAPER COPY" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Melinda D. Hart