# In the United States Court of Federal Claims

**No. 07-612C**
**(Filed: August 28, 2007)**

| | |
|---|---|
| **CWT/ALEXANDER TRAVEL, LTD,** | * |
| **and** | * |
| **CWT/EL SOL TRAVEL, INC.,** | * |
| **Plaintiffs,** | * |
| **v.** | * |
| **THE UNITED STATES,** | * |
| **Defendant.** | * |

## ORDER

The government's unopposed motion for leave to file the Administrative Record on CD-ROM is **GRANTED-IN-PART** and **DENIED-IN-PART**. The government may file the Administrative Record on CD-ROM. However, each party shall also provide, as an Appendix to their briefs, a paper copy of every document within the Administrative Record upon which each party relies.

**IT IS SO ORDERED.**

**s/Nancy B. Firestone**
NANCY B. FIRESTONE
Judge