# IN THE UNITED STATES COURT OF FEDERAL CLAIMS
# BID PROTEST

**CWT/ALEXANDER TRAVEL, LTD,**

**and**

**CWT/EL SOL TRAVEL, INC.,**

**Plaintiffs,**

**v.**

**THE UNITED STATES,**

**Defendant.**

**Case No. 07-612**
**Judge Nancy B. Firestone**

## PLAINTIFFS' MOTION FOR HEARING ON SUPPLEMENTATION OF THE ADMINISTRATIVE RECORD

Pursuant to the Rules of the United States Court of Federal Claims ("RCFC"), Plaintiffs CWT/Alexander Travel, LTD ("Alexander Travel"), and CWT/El Sol Travel, Inc. ("El Sol"), by their undersigned counsel, respectfully move for a hearing regarding Plaintiffs' Motion to Supplement the Administrative Record so that the Administrative Record might be made complete. A hearing is required to address the Government's refusal to include any information regarding the deliberations, evaluations, decisions, and justifications prepared by or for the United States Army (the "Army," the "Agency," or the "Government"), as well as all communications between the Government and contractors regarding the delay in commencing performance or extending the total contract period and consequences thereof, of the Government travel service contracts

identified in Plaintiffs' Motion to Supplement the Administrative Record filed on August 31, 2007. Additionally, Plaintiffs request a hearing regarding whether the Government should be compelled to include in the Administrative Record information regarding the administration under United States Air Force Solicitation W91QUZ-04-0003 of contracts awarded to AirTrak, WingGate, and Alamo.

Plaintiffs respectfully request that the Court grant their Motion in order to address the Government's need to complete and supplement the Administrative Record.

Dated: September 6, 2007

Respectfully submitted,

/s/ Lars E. Anderson

Lars E. Anderson
VENABLE LLP
8010 Towers Crescent Drive, Suite 300
Vienna, Virginia 22182
(703) 760-1600 (Telephone)
(703) 821-8949 (Facsimile)
*Attorney of Record*

*Of Counsel:*

Peter A. Riesen
Keir X. Bancroft
Patrick R. Quigley
VENABLE LLP
8010 Towers Crescent Drive, Suite 300
Vienna, Virginia 22182
(703) 760-1600 (Telephone)
(703) 821-8949 (Facsimile)