# In the United States Court of Federal Claims

**No. 07-612C**
**(Filed: September 7, 2007)**

* * * * * * * * * * * * * * * * *
**CWT/ALEXANDER TRAVEL, LTD,**

**and**

**CWT/EL SOL TRAVEL, INC.,**

**Plaintiffs,**

**v.**

**THE UNITED STATES,**

**Defendant.**
* * * * * * * * * * * * * * * * *

## ORDER

Pursuant to the court's September 6, 2007 order, the government shall file an affidavit to supplement the Administrative Record by Tuesday, September 11, 2007. In such circumstances, the plaintiffs shall have an extension of time of three days within which to file their opening brief. Accordingly, the plaintiffs shall file their opening brief by **Friday, September 14, 2007**. All other deadlines established by the August 20, 2007 scheduling order shall remain the same.

**IT IS SO ORDERED**.

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge