# IN THE UNITED STATES COURT OF FEDERAL CLAIMS
# BID PROTEST

| | |
|---|---|
| **CWT/ALEXANDER TRAVEL, LTD,** | |
| **and** | |
| **CWT/EL SOL TRAVEL, INC.,** | **Case No. 07-612** |
| | **Judge Nancy B. Firestone** |
| **Plaintiffs,** | |
| **v.** | |
| **THE UNITED STATES,** | |
| **Defendant.** | |

## PLAINTIFFS' MOTION FOR JUDGMENT ON THE ADMINISTRATIVE RECORD

Pursuant to Rule 52.1(b) of the Rules of the United States Court of Federal Claims ("RCFC"), Plaintiffs CWT/Alexander Travel, LTD ("Alexander Travel"), and CWT/El Sol Travel, Inc. ("El Sol"), by their undersigned counsel, respectfully move for judgment on the Administrative Record. By failing to re-procure services contracted for, but not yet delivered, two and one-half years ago, based on even older price quotes and workload estimates, the Government has transformed what was a full and open procurement into a series of anti-competitive awards. Given all the facts in the Administrative Record, it is clear that the procurement at issue in this case has been managed in an arbitrary and capricious manner and is not in compliance with law and regulations, and that Plaintiffs have been harmed thereby. Therefore, Plaintiffs respectfully move that the Court (a) grant their Motion for Judgment on the Administrative Record; (b) grant the permanent injunctive relief that Plaintiffs seek, *i.e.*, either

ordering the Government to terminate for convenience the disputed contracts, or ordering the suspension of the awarded contracts until they can be re-competed; (c) award Plaintiffs all costs and attorneys' fees; and (d) grant any other relief that the Court shall deem just and proper.

Dated: September 14, 2007

Respectfully submitted,

/s/ Lars E. Anderson
Lars E. Anderson
VENABLE LLP
8010 Towers Crescent Drive, Suite 300
Vienna, Virginia 22182
(703) 760-1600 (Telephone)
(703) 821-8949 (Facsimile)
(703) 760-1623 (Protected Facsimile)
*Attorney of Record*

*Of Counsel:*
Peter A. Riesen
Keir X. Bancroft
Patrick R. Quigley
VENABLE LLP
8010 Towers Crescent Drive, Suite 300
Vienna, Virginia 22182
(703) 760-1600 (Telephone)
(703) 821-8949 (Facsimile)
(703) 760-1623 (Protected Facsimile)

## CERTIFICATE OF SERVICE

Plaintiffs have filed this document electronically via the ECF electronic filing Website of the United States Court of Federal Claims and in accordance with para. 19 of General Order 42A of the Court of Federal Claims have, therefore, served notice on counsel of record for Defendant.

Dated: September 14, 2007

Respectfully submitted,

/s/ Lars E. Anderson

Lars E. Anderson
VENABLE LLP
8010 Towers Crescent Drive, Suite 300
Vienna, Virginia 22182
(703) 760-1600 (Telephone)
(703) 821-8949 (Facsimile)
(703) 760-1623 (Protected Facsimile)
*Attorney of Record*