# In the United States Court of Federal Claims

**No. 07-612 C**

**CWT/ALEXANDER TRAVEL, LTD.,**

**and**

**CWT/EL SOL TRAVEL, INC.,**
**Plaintiffs,**
**v.**

**THE UNITED STATES,**
**Defendant.**

**JUDGMENT**

Pursuant to the court's Opinion, filed September 25, 2007, denying the plaintiffs' motion for judgment upon the Administrative Record, and granting the government's motion for judgment upon the Administrative Record,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that judgment is in favor of defendant. Each party shall bear its own costs.

Brian Bishop
Clerk of Court

**September 26, 2007** By: s/Lisa L. Reyes

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.