# In the United States Court of Federal Claims

**No. 07-612C**
**(Filed: October 5, 2007)**

* * * * * * * * * * * * * * * * *

**CWT/ALEXANDER TRAVEL, LTD,**

**and**

**CWT/EL SOL TRAVEL, INC.,**

**Plaintiffs,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * *

## ORDER

The court is in receipt of the motion to intervene, received via fax[1] on October 3, 2007 from The Alamo Travel Group, WingGate Travel, and AirTrak Travel ("potential intervenors"), in the above-captioned case. The motion indicates that the potential intervenors seek intervention because they believe that the plaintiffs, CWT/Alexander Travel, Ltd. and CWT/El Sol Travel, Inc. ("plaintiffs"), have requested that the Administrative Record be unsealed. Motion to Intervene ¶ 9. Pursuant to the Protective Order entered in this case on August 20, 2007 and to Rule 77.3(d) of the Rules of the United States Court of Federal Claims ("RCFC"), materials placed under seal are maintained under seal for at least five years after the entry of final judgment in a case. Final judgment was entered in this case on September 26, 2007. Moreover, the court has

---

[1]While the court received the motion to intervene via fax on October 3, 2007, the motion was never properly filed with the court as required by RCFC 5(e). The filing of papers can be accomplished either by filing them with the clerk of the court or by filing them electronically through the Electronic Case Filing System. See RCFC 5(e); General Order No. 42A. Service to the court via fax is not sufficient.

not received any request from the plaintiffs to unseal the Administrative Record. Accordingly, the potential intervenors' motion to intervene is both untimely and unnecessary. The Clerk of the Court is directed to return this motion unfiled.

**IT IS SO ORDERED.**

**s/Nancy B. Firestone**
NANCY B. FIRESTONE
Judge

cc: Josephine L. Ursini
Attorney for The Alamo Travel Group,
WingGate Travel, and AirTrak Travel
9 Frenchmen's Key
Williamsburg, VA 23185