# In the United States Court of Federal Claims

**No. 07-612C**
**(Filed: November 7, 2007)**

* * * * * * * * * * * * * * * * *
*
**CWT/ALEXANDER TRAVEL, LTD,** *
*
**and** *
*
**CWT/EL SOL TRAVEL, INC.,** *
*
**Plaintiffs,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * *

**ORDER**

The Alamo Travel Group, WingGate Travel and AirTrak Travel's motion, filed October 16, 2007, to intervene pursuant to Rule 24(a)(2) of the Rules of the United States Court of Federal Claims is **GRANTED** for the limited purpose of ensuring that any documents in the Administrative Record sought to be unsealed are adequately protected.

**IT IS SO ORDERED.**

**s/Nancy B. Firestone**
NANCY B. FIRESTONE
Judge